DALE M. FIOLA State Bar No. 76397
Attorney at Law
200 North Harbor Boulevard, Suite 217
Anaheim, California 92805

Fiolaw1@aol.com - email
(714) 635-7888 Phone
(714) 635-3323 Fax

Attorney for Plaintiff KATHLEEN HEDGES

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 22 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

Priority      X
Send          ___
Enter         ___
Closed        ___
JS-5/JS-6     X
JS-2/JS-3     ___
Scan Only     ___

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| KATHLEEN HEDGES,<br><br>Plaintiff,<br>vs.<br><br>MOULTON NIGUEL WATER DISTRICT, ROBERT GUMERMAN,<br><br>Defendants. | CASE NO.: SA CV 09-1377 CJC (RNBx)<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO *FRCP 41(a)(1)(A)(ii)*.<br><br>HON. CORMAC J. CARNEY |

Based upon the Stipulation of the parties to dismiss the action with prejudice and good cause existing,

---

#498 A:\ HEDGES\ [~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO *FRCP 41(a)(1)(A)(ii)*.

**IT IS HEREBY ORDERED** that the action is dismissed with prejudice with each party to bear her/its/their own costs and attorney's fees.

DATED: February 22, 2010

_____
HON. CORMAC J. CARNEY
U. S. District Court Judge

#498 A:\ HEDGES\ [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO *FRCP 41(a)(1)(A)(ii)*.